IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC.,

    Plaintiff,

  v.

NARCISO MAGAT, individually
and d/b/a MAGATS ASIAN
GROCERY & TRADING a/k/a
MAGAT ASIAN GROCERIES,

    Defendant.
                                     /

No. C 11-01149 WHA

**ORDER SETTING
BRIEFING SCHEDULE
FOR MOTION TO QUASH**

On May 31, defendant filed a motion to quash service of the summons. Defendant, however, did not notice a date for the motion to be heard. Accordingly, this order sets a briefing schedule as follows. Plaintiff may file an opposition brief by **JUNE 16, 2011**. Defendant may file a reply brief by **JUNE 30, 2011**. After reviewing those submissions, it will be determined whether a hearing will be necessary.

Defendant, who is proceeding *pro se*, is advised that helpful information is available online at http://cand.uscourts.gov/proselitigants and also in person at the legal help center. An appointment with the legal help center may be made by calling 415-782-9000, extension 8657.

**IT IS SO ORDERED.**

Dated: June 1, 2011.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE