IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC.,

    Plaintiff,

  v.

NARCISO MAGAT, individually and d/b/a MAGATS ASIAN GROCERY & TRADING a/k/a MAGAT ASIAN GROCERIES,

    Defendant.
                                /

No. C 11-01149 WHA

**ORDER EXTENDING DEADLINE FOR DEFENDANT TO FILE REPLY BRIEF**

      On May 31, defendant filed a motion to quash service of the summons but did not notice a date for the motion to be heard (Dkt. No. 13). A briefing schedule was set in which defendant's reply brief supporting the motion was to be filed by June 30, 2011 (Dkt. No. 14). It has now come to the Court's attention, however, that the order setting the briefing schedule was not served on defendant, who is proceeding *pro se*. In order to make sure that defendant has enough time to respond, the deadline for defendant to file a reply brief supporting the motion to quash is hereby extended from June 30, 2011, to **JULY 7, 2011**.

      **IT IS SO ORDERED.**

Dated: June 21, 2011.

                                         WILLIAM ALSUP
                                         UNITED STATES DISTRICT JUDGE