IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC.,

    Plaintiff,

v.

NARCISO MAGAT, individually, and d/b/a MAGAT'S ASIAN GROCERY & TRADING, a/k/a MAGAT ASIAN GROCERIES,

    Defendants.

No. C 11-01149 WHA

**JUDGMENT**

For the reasons stated in the accompanying order partially granting plaintiff's motion for default judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of plaintiff and against defendants in the amount of $4,999.75. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: October 12, 2011.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE