IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS,

    Plaintiff,

  v.

NARCISO MAGAT,

    Defendant.

                                  /

No. C 11-01149 WHA

**ORDER TO SHOW GOOD CAUSE AND VACATE HEARING**

On November 8, 2011, plaintiff J&J Sports Productions filed a motion to alter or amend judgment (Dkt. No. 32). Pursuant to Civil Local Rule 7-3, defendant's opposition or statement of non-opposition was due on November 22. None was filed. Accordingly, defendant Narciso Magat is hereby **ORDERED TO SHOW CAUSE** for failing to respond. Defendant Magat must file a written response to this order by December 23, 2011. If no response is filed or if good cause is not shown, then the motion may be granted. The motion hearing previously set for December 22, 2011, is **VACATED**.

**IT IS SO ORDERED.**

Dated: December 8, 2011.

                                                      WILLIAM ALSUP
                                                      UNITED STATES DISTRICT JUDGE